
RECEIVED
MAR 30 2006

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

RECEIVED
APR 18 2006

| | |
|---|---|
| **CHAD C. MAYER** | **CIVIL ACTION NO. 05-0635** |
| **VS.** | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and considering the objections filed, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED.**

Lafayette, Louisiana this 18th day of April, 2006.

**TUCKER L. MELANÇON**
**UNITED STATES DISTRICT JUDGE**